UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr-108-MMH-MCR
18 U.S.C. § 1594(a)

DALE GROGAN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about January 16, 2025, and January 18, 2025, in the Middle District of Florida, and elsewhere, the defendant,

DALE GROGAN,

did attempt to knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize and solicit by any means, a person, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that the person was under the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(2).

In violation of 18 U.S.C. § 1594(a).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 1594.

2. Upon conviction of an attempt to violate 18 U.S.C. § 1591, in violation

of 18 U.S.C. § 1594, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 1594, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3. The property to be forfeited includes, but is not limited to, a black Apple iPhone taken from the defendant at the time of his arrest on January 18, 2025.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
ASHLEY WASHINGTON
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
5/21/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DALE GROGAN

## INDICTMENT

Violations: 18 U.S.C. § 1594(a)

A true bill,

_____
Foreperson

Filed in open court this 21st day

of May 21, 2025.

_____Barbara Rothermel_____
Clerk

Bail  $_____

GPO 863 525