# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:25-cr-108-MMH-MCR

DALE GROGAN

_____/

Defense Atty.: SABRA BARNETT
AUSA: ELISIBETH ADAMS

| Judge: | Monte C. Richardson U.S. Magistrate Judge | Date and Time | May 28, 2025 2:36 PM – 2:44 PM 8 MINUTES |
|---|---|---|---|
| Deputy Clerk: | Sharon Spaulding | Reporter | Digital |
| Interpreter | None Required | Pretrial | Kimberly Barrett |

## CLERK'S MINUTES

**PROCEEDINGS:  INITIAL APPEARANCE**

HSI arrested the defendant on May 28, 2025, on an Indictment out of the Middle District of Florida.

The Court requested the presence of counsel for possible appointment.

The defendant was advised of rights, charge, penalty, and special assessment.

The defendant requested court-appointed counsel. He was placed under oath and questioned by Judge Richardson regarding his financial ability to employ

**[CONTINUED TO PAGE TWO]**

USA v. Dale Grogan
Case No.: 3:25-cr-108-MMH-MCR
Page Two

___

counsel. Based on the defendant's financial affidavit, the Court appoints the Office of the Federal Public Defender. The defendant may be required to reimburse a portion or all legal fees if the Court determines he is able to do so, or on a motion from the United States.

Oral Notice of appearance entered on behalf of Defendant by Sabra Barnett, Esq.

Ms. Adams orally moved for detention pending trial.

Ms. Barnett requested a continuance of the detention hearing until June 3, 2025.

Judge Richardson GRANTED the continuance, and the detention hearing was set for June 3, 2025, at 11:00 a.m. The Court will also conduct the Arraignment at that time. **ORDER OF TEMPORARY DETENTION TO ENTER**.