UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                 CASE NO. 3:25-cr-108-MMH-MCR

DALE GROGAN

**ORDER OF TEMPORARY DETENTION PENDING
HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral motion of defense counsel to continue the detention hearing, the Motion is **GRANTED,** and it is **ORDERED** that a detention hearing is set for June 3, 2025, at 11:00 AM before the Honorable Monte C. Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville, Florida.** The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: May 28, 2025

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
United States Marshal Service
United States Pretrial Service