## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:25-cr-108-MMH-MCR

DALE GROGAN

_____/

Defense Atty.: SABRA BARNETT
AUSA: LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | March 24, 2026 11:10 AM – 11:54 AM 44 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | REPORTER | Digital |
| INTERPRETER | None Required | PROBATION | NONE PRESENT |

### CLERK'S MINUTES

**PROCEEDINGS:      Competency Hearing**

Justin M. Rigsbee, Ph.D., Psy.D., appeared remotely and was placed under oath. The Court found him to be an expert in the field of forensic psychiatry.

Ms. Taylor and Judge Richardson questioned Dr. Rigsbee regarding his report on the defendant's competency.

Ms. Taylor moved to admit Dr. Rigsbee's report and the supplemental report prepared by Tracy O'Connor Pennuto, J.D., Ph.D., as Exhibits under seal, without objection from Ms. Barnett. Judge Richardson granted the motion.

Ms. Barnett advised that she stipulated to the report and the admission of the report; however, she did not stipulate that the defendant is competent.

Judge Richardson will take the matter under advisement. ORDER TO ENTER.